JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEBER METALS, INC., a California corporation,<br><br>     Plaintiff,<br><br>     v.<br><br>HM DUNN COMPANY, INC., a Delaware corporation,<br><br>     Defendants. | Case No.  2:21-cv-03214 CAS (MAAx)<br><br>[**PROPOSED**] **ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Date Complaint Filed: April 14, 2021<br>Trial Date:                    February 14, 2023 |

Upon consideration of Plaintiff Weber Metals, Inc. ("Plaintiff") and Defendant HM Dunn Company, Inc.'s ("Defendant") Joint Stipulation for dismissal of the action with prejudice (the "Stipulation"),

THE COURT HEREBY ORDERS AS FOLLOWS:

1. The Stipulation is GRANTED;

2. This action is dismissed with prejudice, the parties to bear their own costs and fees as to each other;

/ / /

/ / /

/ / /

Rutan & Tucker, LLP
attorneys at law

2530/102119-0036
17940044 1 a06/16/22

-1-

[PROPOSED] ORDER GRANTING
STIPULATION FOR DISMISSAL

3. The Court will retain jurisdiction subsequent to this dismissal for the purpose of enforcing the settlement agreement between Plaintiff and Defendant.

**IT IS SO ORDERED**.

Dated: June 15, 2022

_____
United States District Court Judge

Rutan & Tucker, LLP
attorneys at law

2530/102119-0036
17940044 1 a06/16/22

-2-

NOTICE OF SETTLEMENT AND
STIPULATED REQUEST FOR DISMISSAL
WITH PREJUDICE